28 Mich. App. 294 (1970)
184 N.W.2d 289
DENNY
v.
RADAR INDUSTRIES, INC.
Docket No. 8,422.
Michigan Court of Appeals.
Decided December 2, 1970.
Leave to appeal denied March 9, 1971.
Goodman, Eden, Robb, Millender, Goodman & Bedrosian (Paul A. Rosen, of counsel), for plaintiff.
Martin, Bohall, Joselyn, Halsey & Rowe, P.C. (John R. Mullett, of counsel), for defendant.
Before: LESINSKI, C.J., and J.H. GILLIS and BEASLEY,[*] JJ.
Leave to appeal denied March 9, 1971. 384 Mich 813.
J.H. GILLIS, J.
The appellant has attempted to distinguish the factual situation in this case from that in Renfroe v. Higgins Rack Coating and Manufacturing Co., Inc. (1969), 17 Mich App 259. He didn't. We couldn't.
Affirmed. Costs to appellee.
All concurred.
NOTES
[*] Circuit judge, sitting on the Court of Appeals by assignment.